RUNYAN v. SCHOOL DISTRICT No. 3.

*Appeal from Polk District Court.*

WEDNESDAY, OCTOBER 16.

THE material facts are stated in the opinion of the court delivered by : —

LOWE, C. J.—This suit was instituted on the 5th day of

July, 1859, upon a contract to build a school house, entered into about the 1st of May, 1858.  The defense was in the nature of a plea in abatement, alleging the non-existence of the defendant as a corporation, and its consequent want of capacity to be sued.  The sustaining of a demurrer to this plea, is the error assigned in this court.  Upon the authority of the case of *McDonald* v. *School District No.* 1, 10 Iowa 469, the defense was well made.  The demurrer should have been overruled. The judgment is accordingly reversed.

*Cassady & Polk* for the appellant.

*Phillips & Phillips* for the appellee.